UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LYNDA M. OWENS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:10-cv-05703-BHS-JRC<br><br>ORDER AMENDING BRIEFING SCHEDULE |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Briefing Schedule Order shall be amended as follows:

- Defendant shall have up to and including March 10, 2011, to file Defendant's responsive brief;

- Plaintiff shall have up to and including March 24, 2011, to file an optional reply brief;

- Oral argument, if desired, shall be requested by March 31, 2011.

DATED this 7th day of February 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:10-cv-05703-BHS-JRC]