UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LYNDA M. OWENS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administrations,

    Defendant.

Case No. C10-5703BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R on the parties' stipulated motion to remand the action for further consideration (Dkt. 16) and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     The decision of the Administrative Law Judge is **REVERSED** and this action is **REMANDED** for further administrative proceedings as discussed in the R&R.

DATED this 15th day of March, 2011.

                                                 BENJAMIN H. SETTLE
                                                United States District Judge

ORDER