# United States District Court

WESTERN DISTRICT OF WASHINGTON

LYNDA M. OWENS,

v.

JUDGMENT IN A CIVIL CASE

Case No. C10-5703BHS

MICHAEL J. ASTRUE, Commissioner of
Social Security Administrations,

____    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The R&R is **ADOPTED**; and

(2)    The decision of the Administrative Law Judge is **REVERSED** and this action is **REMANDED** for further administrative proceedings as discussed in the R&R.

March 16, 2011                                         WILLIAM M. McCOOL
Date                                                                 Clerk

                                                                    s/ Mary Trent
                                                               Deputy Clerk